```
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar # 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SCOTT WILLIAM SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:15-MJ-00024 MJS |
| Plaintiff, | STIPULATION TO ADVANCE HEARING AND FOR DEFENDANT TO APPEAR BY VIDEO TELECONFERENCE ORDER THEREON |
| vs. | |
| SCOTT WILLIAM SMITH, | DATE: September 29, 2015 |
| Defendant. | TIME:   10:00 a.m. |
| | JUDGE: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the hearing in the above-captioned matter now scheduled for October 21, 2015, at 10:00 a.m., may be vacated and the matter advanced to September 29, 2015 at 10:00 a.m. for a change of plea.

The parties also stipulate and thereby jointly move this Court to permit the defendant to waive his right to be personally present at this hearing, and instead appear by video teleconference from a United States District Court in Newark, Ohio.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).  Mr. Smith lives in Thornville, Ohio and is unemployed at this time. He cannot afford to return to Yosemite National Park for a change of plea and sentencing.  A video teleconference already approved by this Court at the last hearing, but a date for such hearing was not yet confirmed as negotiations with the government were ongoing.

/ / /

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED:  August 25, 2015            /s/  *Matthew McNease*
                                                MATTHEW MC NEASE
                                                Acting Legal Officer
                                                National Park Service
                                                Yosemite National Park

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED:  August 25, 2015            */s/ Megan T. Hopkins*
                                                MEGAN T. HOPKINS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                SCOTT W. SMITH

## **O R D E R**

GOOD CAUSE APPEARING, the above Stipulation to advance hearing to September 29, 2015, at 10:00 a.m., and for defendant to appear by video teleconference in case No. 6:15-MJ-00024 MJS, is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:  August 25, 2015                    /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE