HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SCOTT SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00024-MJS |
| Plaintiff, | **MOTION TO VACATE JANUARY 18, 2017 REVIEW HEARING; ORDER** |
| vs. | |
| SCOTT SMITH, | |
| Defendant. | |

Defendant Scott Smith hereby requests that the Court vacate the January 18, 2017 review hearing.[1] The government agrees that Mr. Smith is in substantial compliance with the conditions of his probation, and agrees that the review hearing should be vacated.

On September 29, 2015, the Court sentenced Mr. Smith to eighteen months of unsupervised probation, with the conditions that he obey all laws, advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law, pay a special assessment of $20.00, complete 50 hours of an anger management course, and attend Alcoholics Anonymous ("AA") meetings one time per week for six months.

Mr. Smith has fully complied with the condition of his probation that required him to pay a $20.00 special assessment, as well as the condition that required him to complete 52 hours of

---

[1] Mr. Smith's review hearing was initially set for January 10, 2017. As a result of inclement weather in Yosemite National Park, the Court cancelled the matters set for that date and re-scheduled those matters for January 18, 2017.

an anger management course. Mr. Smith paid the $20.00 special assessment owed on November 25, 2015. *See* Exhibit A – Payment Inquiry Report. On November 28, 2016, Mr. Smith completed 52 hours of an online anger management course. Proof of his completion of this course is attached. *See* Exhibit B – Proof of Completion for Anger Management.

Mr. Smith has substantially complied with the condition that he attend AA meetings at a rate of one meeting per week for six months. Between October 11, 2015, and May 3, 2016, Mr. Smith attended 22 AA meetings. *See* Exhibit C – Proof of AA Attendance. This total is two meetings shy of the cumulative total required of 24 AA meetings. Additionally, the duration of Mr. Smith's attendance at AA meetings exceeded the six months set forth by this Court because Mr. Smith moved from California to Ohio in March 2016. While the move was initially disruptive to his ability to attend AA meetings for that month, once settled in Ohio, Mr. Smith once again began attending AAs in April and May 2016. Although Mr. Smith is two AA meetings shy of the cumulative total of 24 AA meetings, the government agrees that given the totality of his performance on probation Mr. Smith is in substantial compliance and that the review hearing should be vacated.[2]

                                                             Respectfully submitted,

                                                              HEATHER E. WILLIAMS
                                                              Federal Defender

Date: January 9, 2017                        */s/ Reed Grantham*
                                                             REED GRANTHAM
                                                             Assistant Federal Defender
                                                             Attorney for Defendant
                                                             SCOTT SMITH

---

[2] Mr. Smith was placed on 18 months of unsupervised probation on September 29, 2015. Accordingly, Mr. Smith's probation extends until March 29, 2017. If necessary, Mr. Smith is willing to attend two more AA meetings and provide proof to the Court of his attendance

**O R D E R**

Based on the parties' joint representation that Mr. Smith has substantially complied with the conditions of his probation, the Court vacates the review hearing scheduled for January 18, 2017, at 10:00 a.m. in Case No. 6:15-mj-00024-MJS.

IT IS SO ORDERED.

Dated:   January 10, 2017              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE